Compla

# IN THE SUPERIOR COURT OF GUAM

DAVID J. LUJAN.

                Plaintiff,

      vs.

DEBBIE QUINATA and CORY QUINATA,

                Defendants.

_____

DEBTRALYNNE S. QUINATA, et. al.,

              Counterclaim Plaintiff,

      vs.

DAVID LUJAN

          Counterclaim Defendant.

CIVIL CASE NO.: CV1472-07

**DECISION & ORDER**
**(Further Clarification and Order)**

On April 15th this Court issued an opinion on Plaintiff's Motion for Clarification or Reconsideration of the Court's Findings of Fact & Conclusions of Law issued February 4, 2013 rellative to costs of litigation. The Court having further reviewed the opinion now issues this further clarification and Order.

As stated in the Court's April 15th clarification, Lujan is the prevailing party in both actions herein, and as such he is entitled to costs as a matter of course. Costs are not damages and need not be proven at trial. Lujan is entitled to costs pursuant to GRCP 54(d)(1). Local Rules of the Superior Court of Guam CVR54.1 provides for the procedure for submittal of costs after entry of judgment.

It is ORDERED that Plaintiff is entitled to costs of litigation herein.

**SO ORDERED** this 19th day of April 2013.

**HONORABLE ELIZABETH BARRETT-ANDERSON**
Senior Pro Tempore Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

APR 1 9 2013

Roman F.P. Quinata
Deputy Clerk. Superior Court of Guam